USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/08/05

# Vandenberg & Feliu, LLP
*Attorneys at Law*
110 East 42nd Street
New York, New York 10017
Telephone: 212-763-6800
Fax: 212-763-6810
*Mark Kook*
*mkook@vanfeliu.com*

NOV - 8 2005

November 8, 2005

**APPLICATION GRANTED**
**SO ORDERED**

11/8/05

John G. Koeltl, U.S.D.J.

**BY HAND and BY FAX**

Hon. John G. Koeltl
United States District Court
500 Pearl Street – Courtroom 12B
New York, New York 10007

Re: <u>Burillo v. Blazer</u> 05 Civ. 3493 (JGK)

Dear Judge Koeltl:

My firm represents the plaintiff, Alejandro Burillo.

I am writing to advise the Court that the parties have agreed upon a settlement. However, in connection with that settlement, the parties jointly request that the dates currently set forth in the Civil Scheduling Order be adjourned as discussed below.

The defendants have agreed to pay plaintiff the settlement amount on December 1, 2005. Upon payment, the parties will file a Stipulation of Discontinuance. However, in the event payment is not made, the parties have agreed to complete discovery as follows: defendants will appear for deposition on December 23, 2005, and plaintiff will produce documents on December 15, 2005 and appear for deposition on or before January 10, 2006.

Accordingly, while the parties believe that the case will be finally settled shortly, we ask that the Civil Scheduling Order be amended to provide as follows:

| | |
|---|---|
| Completion of Discovery | January 11, 2006 |
| Dispositive Motions | February 1, 2006 |
| Pretrial Order | February 15, 2006 |
| Trial | March 1, 2006. |

Counsel for the parties appreciate the Court's consideration of this request, which we believe will facilitate a prompt resolution of the case.

Respectfully,

Mark R. Kook

MRK:mmr
cc: Matthew Kane, Esq. (by fax)