USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Alejandro Burillo,

                Plaintiff,

        - against -                    Case No. 05 Civ. 3493 (JGK)

Chuck Blazer and Multisport Games
Development, Inc.,

                Defendants.
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff Alejandro Burillo and defendants Chuck Blazer and Multisport Games Development, Inc., by their duly-authorized counsel, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure the Complaint in the above-captioned action is hereby dismissed with prejudice in its entirety, each party bearing its own costs and attorneys' fees.

DATED:  New York, New York
             December 1, 2005

VANDENBERG & FELIU LLP

By: _____
    Mark R. Kook (MK-6832)

110 East 42nd Street, Suite 1502
New York, New York 10017
(212) 763-6800

Attorneys for Plaintiff
Alejandro Burillo

WILLKIE FARR & GALLAGHER LLP

By: _____
    Brian E. O'Connor (BOC-7627)

787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000

Attorneys for Defendants
Chuck Blazer and
Multisport Games Development, Inc.

SO ORDERED:

12/15/05

_____
U.S.D.J.